**Dismissed and Opinion Filed April 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00871-CR
### No. 05-19-00872-CR

**HAROLD DUANNE DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-40428-R & F19-40429-R**

## MEMORANDUM OPINION

Before Justices Bridges, Pedersen, III, and Evans
Opinion by Justice Pedersen, III

On April 9, 2020, appellant filed a motion seeking to dismiss his two appeals.

Both appellant and his attorney have signed the motion. TEX. R. APP. P. 42.2(a). We

grant the motion and dismiss these appeals.

/Bill Pedersen, III//

BILL PEDERSEN, III
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190871f.u05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HAROLD DUANNE DIXON,
Appellant

No. 05-19-00871-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40428-R.
Opinion delivered by Justice
Pedersen, III. Justices Bridges and
Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 14th day of April, 2020.



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

HAROLD DUANNE DIXON,
Appellant

No. 05-19-00872-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-40429-R.
Opinion delivered by Justice
Pedersen, III. Justices Bridges and
Evans participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 14th day of April, 2020.